Andre Brigham YOUNG, Petitioner–
Appellant,

v.

Mark SELING, Superintendent of the
Special Commitment Center,
Respondent–Appellee.

No. 98–35377.

United States Court of Appeals,
Ninth Circuit.

Filed May 8, 2001

Before: PREGERSON and DAVID R.
THOMPSON, Circuit Judges, and
KELLEHER, District Judge.[1]

Pursuant to *Seling v. Young,* 531 U.S. 250,
121 S.Ct. 727, 148 L.Ed.2d 734 (2001), this
matter is remanded to the district court
for further proceedings consistent with the
Supreme Court's decision in this case.
Additionally, because we remand this mat-
ter to the district court, appellant's motion
for "proceedings consistent with the opin-
ion of the U.S. Supreme Court," which was
filed with this court, is denied without
prejudice. Appellant may renew his mo-
tion in the district court following remand.

In the Matter of the Requested
Extradition of Kevin John
ARTT

United States of America, Appellee,

v.

Kevin John Artt, Appellant.

In the Matter of the Requested
Extradition of Pol
Brennan

United States of America, Appellee,

v.

Pol Brennan, Appellant.

In the Matter of the Requested
Extradition of Terence
Damien Kirby

United States of America, Appellee,

v.

Terence Damien Kirby, Appellant.

Nos. 97–10386, 97–10387 and 97–10390.

United States Court of Appeals,
Ninth Circuit.

Filed May 11, 2001

Before: GOODWIN, B. FLETCHER
and D.W. NELSON, Circuit Judges.

## ORDER

Upon due consideration, the panel has
decided that the Order previously filed
October 31, 2000 and the Order previously
filed November 17, 2000 are redesignated
for publication.

IT IS SO ORDERED.

1. Honorable Robert J. Kelleher, Senior Unit-
ed States District Judge for the Central Dis- trict of California, sitting by designation.